**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| Morgan Stanley Smith Barney, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:18-cv-00141-MMH-MCR |
| v. | ) | |
| | ) | |
| Daniel J. Abel, | ) | |
| | ) | |
| Defendant. | ) | |
| _____/ | | |

**PLAINTIFF'S NOTICE OF PENDENCY OF FINRA HEARING**

Pursuant to Rule 1.04, M.D. Fla. L.R., and this Court's Order Granting Plaintiff's Emergency Motion to Stay Proceedings Pending Arbitration and Extend Duration of Temporary Restraining Order [Doc. 19], the undersigned counsel hereby notifies this Court of the scheduling of a hearing in the FINRA action related to this matter. Specifically, Plaintiff states:

On February 6, 2018, FINRA notified the Parties that the hearing was to be held on February 8, 2018 at 9:00 a.m. Rather than proceed to the February 8 hearing, the Parties have stipulated to a ten (10) day stay of the FINRA action in order to engage in discussions. In the event the Parties do not resolve the outstanding disputes, they will immediately notify FINRA to reschedule the hearing.

This 6th day of February, 2018.                    Respectfully Submitted,

By: _/s/Michael S. Taaffe_____
　　　Michael S. Taaffe, Esq.
　　　Fla. Bar No. 490318
　　　Michael D. Bressan, Esq.
　　　Fla. Bar No. 0011092
　　　SHUMAKER, LOOP & KENDRICK, LLP
　　　240 South Pineapple Avenue
　　　Post Office Box 49948
　　　Sarasota, Florida 34230-6948

Tel: (941) 366-6660
Fax: (941) 366-3999
mtaaffe@slk-law.com
mbressan@slk-law.com
*Trial Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Archibald J. Thomas, III, Esq.
Ronald Paul Angerer, II, Esq.
Law Offices of Archibald J. Thomas, III, PA
4651 Salisbury Road, #255
Jacksonville, FL 32256
Archibald@job-rights.com
rpangerer@gmail.com

this 6th day of February, 2018.

By_____*/s/Michael S. Taaffe*_____
    Michael S. Taaffe, Esq.
    Fla. Bar No. 490318
    Michael D. Bressan, Esq.
    Florida Bar No. 0011092